UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-237 (SRN)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JEREMY DAVID MOUNT, | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' motion [Doc. No. 193] for an order recognizing that Defendant waived his attorney-client privilege by asserting ineffective assistance of counsel in his Motion To Vacate Sentence Pursuant To 28 U.S.C. § 2255 and various other filings relating to his attorney's performance. [Doc. Nos. 70, 71, 74, 75, 76, 77, 81, 82, 83.]

**WHEREFORE**, having moved to vacate his sentence under 28 U.S.C. § 2255, based on the alleged ineffective assistance of his defense counsel, Ashli Summer McKeivier, Esq., the Court hereby recognizes that Defendant waived the attorney-client privilege as to those matters asserted in his motion or necessary to respond thereto. *See, e.g., Tasby v. United States*, 504 F.2d 332, 336 (8th Cir. 1974) ("When a client calls into public question the competence of his attorney, the privilege is waived.").

Accordingly, it is hereby **ORDERED** that the Government shall serve a copy of Defendant's Motions and supporting documents, and this Order, on Ms. McKeivier.

Dated:  August 8, 2019            s/Susan Richard Nelson
                                  SUSAN RICHARD NELSON
                                  United States District Judge