UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America**, Plaintiff, v. **Jeremy David Mount**, Defendant. | Case No. 16-CR-0237 (SRN/BRT) **ORDER** |

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on the Pro Se Application to Proceed *In Forma Pauperis* on appeal ("IFP Application") [Doc. No. 262] filed by defendant Jeremy David Mount.

Mount filed the instant IFP Application shortly after filing a previous IFP Application [Doc. No. 258]. Nothing has changed since the Court denied his earlier request in its December 17, 2025 Order [Doc. No. 260]. As the Court explained, Mount qualifies financially for IFP status and was previously adjudged to be unable to pay for counsel, and so ordinarily he would be entitled to IFP status on appeal, with no further ruling of the Court required. *See* Fed. R. App. P. 24(a)(3). However, even if a litigant otherwise qualifies for IFP status on appeal, IFP status must be denied when an appeal is not taken in good faith. *See id.* Mount's appeal is not taken in good faith. It is too late for Mount to file a direct appeal from his conviction or sentence, and in any event, he waived his right to do so when he pleaded guilty. Mount previously appealed from the denial of his motion

1

for relief under 28 U.S.C. § 2255, and that appeal was dismissed years ago. There is no other order of this Court from which Mount might reasonably (or timely) be seeking review. Under these circumstances, Mount is not entitled to IFP status on appeal.

## ORDER

Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED THAT** defendant Jeremy David Mount's Pro Se Application to Proceed *In Forma Pauperis* on Appeal [Doc. No. 262] is **DENIED**.

Dated: January 5, 2026

s/Susan Richard Nelson
Susan Richard Nelson
United States District Judge